# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

9 EAST 40TH STREET, SUITE 1300
NEW YORK, NEW YORK 10016
TEL: 914-946-1981  FAX: 914-946-2930
PETER.LANE@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.

_____

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
  *ADMITTED IN NY & MA

**PLEASANTVILLE OFFICE**
343 MANVILLE ROAD
PLEASANTVILLE, NY 10570

July 18, 2013

**VIA ECF**

Hon. Roanne L. Mann
US District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

>   **Re:**       Portuondo v. Major Chevrolet, et al
>   **Index:**    13-CV-377
>   **Our File:** 40056

Your Honor:

Our firm represents Plaintiff in the above-referenced matter, brought, *inter alia*, under the Truth in Lending Act 15 U.S.C. § 1601 *et seq.* related to the sale and financing of a used vehicle. As required in the Court's Order dated April 26, 2013, I am writing to provide the Court with a status report.

Plaintiff served discovery demands on May 15, 2013 and noticed depositions for 30(b)(6) witnesses for both Defendants for July 16 and July 23, 2013 respectively. While I was out of the office on vacation last week, Defendants' counsel moved for an extension of time to respond to discovery and to adjourn the depositions. The Court granted the motion with the consent of my firm on July 10, 2013. Accordingly, Defendants' responses to requests for production and interrogatories are due on August 12, 2013 and the 30(b)(6) depositions are to be held the week of August 26, 2013.

As indicated in his motion dated July 10, 2013, Defendants' counsel is now out of the country until July 24, 2013; and I am unable to contact him at this time. Accordingly, I have not been able to confer with him on the specific dates for the rescheduled depositions. I have sent him an email with proposed dates and will confirm them with him as soon as he returns.

>                          Respectfully submitted,
>                           /s/  Peter T. Lane
>                          Peter T. Lane, Esq

CC:    Michael DeZorett, Esq. (via ECF)