UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMBERTO PORTUONDO,<br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MAJOR CHEVROLET, INC. and<br>TD AUTO FINANCE LLC,<br>　　　　　　　Defendants. | **STIPULATION OF DISCONTINUE WITH PREJUDICE**<br><br>Case No. 13-cv-377(RLM) |

The undersigned counsel for all parties hereby stipulate and agree as follows:

Pursuant to Rule 41(a), Plaintiff hereby discontinues the above-titled action with prejudice as against all Defendants.

August 15, 2013

/s/ Peter T. Lane
Peter T. Lane, Esq.
SCHLANGER & SCHLANGER, LLP
9 East 40th Street, Suite 1300
New York, NY 10016
(914) 946-1981
peter.lane@schlangerlegal.com
*Attorneys for Plaintiff*

/s/ Michael J. Dezorett
Michael J. DeZorett, Esq.
75-24 Bell Boulevard
Bayside, NY 11364
(718) 217-3719
Michaeljdz@aol.com
*Attorney for Defendants Major Chevrolet, Inc. and TD Auto Finance LLC*

SO ORDERED.

_____
U.S.D.J.

*SO ORDERED:*
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 8/29/13